

# Visual Danger Tree Indicators

Dangers can vary by location of trees, condition of trees, and changing conditions around trees.

Not all dead trees are dangerous; not all live trees are safe.

- Widowmaker
- Dead forked top with crack at the stem union
- Lightning scar
- Nest cavity
- Witches' broom
- Loose/missing bark
- Large dead limb
- Broken or hanging limb
- Rot, soft or spongy wood
- Stem scar or cat face
- Insect bore holes/pitch pockets
- Canker
- Fungal fruiting bodies/conks
- Split trunk or fire scar
- Roots uplifted
- Basal fire scar
- Root rot or burned root
- Mushrooms

**Missoula Technology and Development Center**

*Tree illustration courtesy of the Wildlife Tree Committee of British Columbia*



FOIA_334

Amended SUF Exhibit 6, Page 1 of 1