IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ESTATE OF KENDA K. GOULD and CHARLES PATRICK GOULD, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA, UNITED STATES FOREST SERVICE, <br><br> Defendant. | CV 20–177–M–DWM <br><br> ORDER |

IT IS ORDERED that the scheduling order (Doc. 15) is modified as follows:

| | |
|---|---|
| Attorney Conference to Prepare Final Pretrial Order: | week of June 27, 2022 |
| File Proposed Final Pretrial Order, Proposed Findings of Fact/Conclusions of Law, and Trial Briefs and e-mail to dwm_propord@mtd.uscourts.gov (Trial Briefs are optional): | July 7, 2022 |
| Notice to Court Reporter of Intent to Use Real-Time: | July 7, 2022 |
| Notice to I.T. Supervisor of Intent to Use Electronic Exhibits or Videoconferencing: | July 7, 2022 |

1

IT IS FURTHER ORDERED that the July 15, 2021 Scheduling Order (Doc. 15) shall remain in full force and effect in all other respects.

DATED this 26th day of May, 2022.

_____
Donald W. Molloy, District Judge
United States District Court