IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ESTATE OF KENDA K. GOULD and CHARLES PATRICK GROULD, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA, UNITED STATES FOREST SERVICE, <br><br> Defendant. | CV 20-177-M-DWM <br><br> JUDGMENT |

  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

** X   Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

  IT IS ORDERED AND ADJUDGED, in accordance with the Court's Orders (Docs. 35 and 36), that the United States' motion for summary is granted. Judgment is entered in favor of the United States and this matter is now closed.

  Dated this 6th day of July, 2022.

            TYLER P. GILMAN, CLERK

            By: /s/ N. Stephens
            N. Stephens, Deputy Clerk